UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

JAPHSON CARRASCO CALDERON,                                              Petitioner,

v.                                                                                          Civil Action No. 4:26-cv-66-RGJ

SAMUEL OLSON, et. al.,
                                                                                            Respondents.

### ORDER GRANTING JOINT MOTION TO FORGO HEARING

The parties alerted to the Court that they are not aware of "any relevant factual disputes" and that a hearing is "unnecessary." [DE 6 at 35]. Thus, upon the motion of the parties to forgo the February 24, 2026, hearing and, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the motion is GRANTED, AND the **February 24, 2026, hearing is REMANDED**.  This matter will be **SUBMITTED** to the Court for resolution on the papers.

Rebecca Grady Jennings, District Judge
United States District Court

February 18, 2026